AO 93 (Rev. 01/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Puerto Rico

INTAKE DROP BOX
RECEIVED & FILED
2019 APR -3 PM 1:49
[U.S. DISTRICT COURT]
SAN JUAN P.R.

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 19- **544 (M)**
https://www.facebook.com/juan.cosme.5437, which is stored at premises )
owned, maintained, controlled, or operated by Facebook Inc., a )
social-networking website headquartered at 1601 Willow Road, Menlo )
Park, CA 94025 )

## SEARCH AND SEIZURE WARRANT

To:  Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Judicial            District of   Puerto Rico
*(identify the person or describe the property to be searched and give its location)*:
**See Attachment A of Affidavit in Support of Application of Search Warrant**

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be se*

**See Attachment B of Affidavit in Support of Application of Search Warrant**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property

YOU ARE COMMANDED to execute this warrant on or before:  *March 21, 2019*
                                                                                                     *(not to exceed 10 days)*

☐ in the daytime  6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_____*On Duty*_____.
                *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
                                                                                 ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  3/11/19 @ 10:30 AM      *Marshal M[organ]*
                                                                                                *Judge's signature*

City and state:    SAN JUAN, PUERTO RICO          US MAGISTRATE JUDGE MARSHAL D. MORGAN
                                                                                                *Printed name and title*

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 03/11/2019 | Copy of warrant and inventory left with: Facebook Inc. |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Executed through Facebook records

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 03/11/2019

*Executing officer's signature*

Albert Villanueva TFA/HSI

*Printed name and title*